JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC LIGORRIA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LOOMIS ARMORED US, LLC, <br><br> Defendant. | Case No. CV 22-7116 PA (MARx) <br><br> JUDGMENT OF DISMISSAL |

    In accordance with the Court's February 28, 2023 Minute Order granting the Motion to Compel Arbitration filed by defendant Loomis Armored US, LLC ("Defendant"), the class-wide claims of plaintiff Alec Ligorria ("Plaintiff") are dismissed and Plaintiff's individual claims are subject to the parties' arbitration agreement. The parties are therefore ordered to participate in arbitration as required by the arbitration agreement. It is additionally HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed without prejudice.

DATED: February 28, 2023

                                                                                       Percy Anderson
                                          UNITED STATES DISTRICT JUDGE